**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 351 MAL 2023

         Respondent

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

         v.

CHRISTOPHER HANSON,                :

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 358 MAL 2023

         Respondent

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

         v.

CHRISTOPHER HANSON,                :

         Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.